## INCORPORATED TOWN OF CADDO v. J. S. TERRY CONST. CO.

No. 8415.   Opinion Filed July 25, 1916.

(159 Pac. 328.)

**APPEAL AND ERROR—Time for Taking Proceedings—Effect of Failure to Proceed in Time—Dismissal.**   Where plaintiff in error fails to file his appeal in the Supreme Court within six months from the date of the rendition of the judgment or order appealed from, as required by Sess. Laws 1910-11, c. 18, the same will be dismissed for want of jurisdiction.

(Syllabus by the Court.)

*Error from County Court, Bryan County;*
*J. L. Rappolee, Judge.*

Action between the Incorporated Town of Caddo and the J. S. Terry Construction Company.   From the judgment, the town brings error.   Dismissed.

*John L. Boland,* for plaintiff in error.

*McPherren & Cochran,* for defendant in error.

PER CURIAM.   The order overruling motion for new trial herein, and from which this appeal is attempted to be prosecuted, was made December 27, 1915.   Petition in error and case-made were not filed in this court until June 28, 1916, which is more than six months from the date of the order appealed from.   Sess. Laws, 1910-11, c. 18, p. 35, requires that all proceedings for reversing, vacating, or modifying judgments or final orders shall be commenced within six months from the rendition of the judgment or final order complained of; and, where such statute has not been complied with, the appeal will be dismissed for want of jurisdiction.   *Thomason v. Champ-*

*lin,* 43 Okla. 86, 141 Pac. 411; *Pittsburg Mtg. Inv. Co. v. Savage,* 47 Okla. 616, 149 Pac. 1147.

The appeal is therefore dismissed.